## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

VICKI WILLIAMS,

       Plaintiff,

vs.                                  CASE NO. 4:07cv541-SPM/WCS

IRS,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3).  Plaintiff has been afforded  an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.      The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this twenty-fourth day of March, 2008.

                          *s/ Stephan P. Mickle*

                          Stephan P. Mickle
                          United States District Judge